1  TORRES | TORRES AND ASSOCIATES
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   EDGARDO ROSALES-ANDRADE
7
                   UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,           Case No. 19-CR-00259 NONE-SKO
11              Plaintiff,
12       v.
                                         STIPULATION AND ORDER TO
13  PEDRO ALEGRA, JR,                    CONTINUE THE STATUS CONFERENCE
    EDGARDO ROSALES-ANDRADE,
14
                Defendants.
15

16  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA

17  K. OBERTO AND THOMAS NEWMAN, ASSISTANT UNITED STATES

18  ATTORNEY:

19       **COMES NOW** Defendants, EDGARDO ROSALES-ANDRARE, by and through his

20  attorney of record, DAVID A. TORRES, and PEDRO ALEGRA, JR., through his counsel

21  Monica Bermudez, hereby request that the status conference hearing currently set for Monday,

22  May 4, 2020, to be continued to July 20, 2020.

23       In light of the restrictions of the General Orders 610-617 regarding the coronavirus

24  (COVID-19), counsel is requesting that this matter be continued the to the requested date to

25  permit the defense time to review the discovery in this matter. I have spoken to co-counsel,

26  Monica Bermudez and AUSA, Thomas Newman, and they have no objection to continuing the

27  status conference hearing.

28       The parties also agree the delays resulting from the continuance shall be excluded in the

                                            1

interest of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

                Respectfully Submitted,

DATED: 4/27/20　　　　　　　　　　　*/s/ Monica Bermudez*
                                             MONICA BERMUDEZ
                                             Attorney for Defendant
                                             PEDRO ALEGRA, JR

DATED: 4/27/20　　　　　　　　　　　*/s/ David A. Torres*
                                             DAVID A. TORRES
                                             Attorney for Defendant
                                             EDGARDO ROSALES-ANDRADE

DATED: 4/27/20　　　　　　　　　　　*/s/Thomas Newman*
                                             THOMAS NEWMAN
                                             Assistant U.S. Attorney

# **ORDER**

IT IS HEREBY ORDERED that the status conference hearing be continued to July 20, 2020.

IT IS FURTHER ORDERED THAT the period of time from April 27, 2020, through July 20, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 27, 2020**                              /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE